

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00250-CV

**IN RE WINN EXPLORATION COMPANY, INC.**, C.A. Winn Family Enterprises, Ltd., Tom C. Winn Family Enterprises, Ltd., & Southern Winn Family Enterprises, Ltd., Relators

Original Proceeding[1]

### ORDER

The petition for writ of mandamus is DENIED.

It is so **ORDERED** on July 21, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020CI16177 pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.